## GASS v. STATE.
### No. 20816.

Court of Criminal Appeals of Texas.
Feb. 7, 1940.

Leslie J. Bretz, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for aggravated assault, punishment being a fine of $35.00.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.